UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

HUGO ALFONSO CASTILLO-
OLGUIN,
Institutional ID No. 01325-379

          Plaintiff,

v.

MANAGEMENT & TRAINING
CORPORATION, *et al.*,

          Defendants.

No. 5:21-CV-00228-H

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated ____June 30____, 2022.

                                                                  JAMES WESLEY HENDRIX
                                                                  United States District Judge